# United States Court of Appeals
## For the First Circuit

No. 10-2261

WELCH FOODS, INC., a Cooperative,

Plaintiff, Appellant,

v.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA;
ZURICH AMERICAN INSURANCE COMPANY;
AXIS SURPLUS LINES INSURANCE COMPANY

Defendants-Appellees.

**Errata Sheet**

The opinion of this Court issued on October 24, 2011, is amended as follow:

On page 2, line 7, insert "was" between "which" and "pictured".

On page 5, line 15, capitalize the "q" in "quoting".